**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA   :   No. 430 MAL 2016
  :
  :
  :
v.   :   Petition for Allowance of Appeal from
  :   the Order of the Commonwealth Court
  :
$1793.00 IN CASH   :
  :
  :
PETITION OF: CEDRIC DANIELS   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.